UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIE JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:17-cv-01367-JAR |
| | ) |
| CREDENCE RESOURCE | ) |
| MANAGEMENT, LLC, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed to by and between Plaintiff and Defendant, through their respective undersigned counsel, that the above-captioned action, shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly.

Respectfully Submitted,

By: /s/ Bryan E. Brody
Bryan E. Brody (57580 MO)
BRODY & CORNWELL
1 North Taylor Avenue
St. Louis, MO 63108
Telephone: 314-932-1068
bbrody@brodyandcornwell.com
*Attorney for Plaintiff*

By: /s/ Michael S. Hamlin
Michael S. Hamlin #52972MO
Pitzer Snodgrass, LLC
100 South Fourth Street, Suite 400
St. Louis, MO 63102
Phone: (314) 421-5545
hamlin@pspclaw.com
*Attorney for Defendant*

So Ordered
John A. Ross
9/7/2017

1